[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-12382
Non-Argument Calendar
_____

D.C. Docket No. 5:17-cr-00027-RH-MJF-4


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DECOREY WALKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(March 9, 2020)

Before WILLIAM PRYOR, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Rachel Seaton, appointed counsel for Decorey Walker in this direct criminal appeal, has moved to withdraw from further representation of Walker and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Walker's sentence is **AFFIRMED**.